**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.    15-30283 |
| Plaintiff-Appellee, | D.C. No. 2:14-cr-00021-RMP-3 |
| v. | |
| KORY ANTHONY JOSEPH HALL, a.k.a. Kory AJ Hall, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Eastern District of Washington
Rosanna Malouf Peterson, District Judge, Presiding

Submitted February 2, 2017[**]

Before:     HUG, FARRIS, and CANBY, Circuit Judges.

Kory Anthony Joseph Hall appeals from the district court's judgment and

challenges his 100-month sentence for conspiracy to distribute oxycodone

hydrochloride, in violation 21 U.S.C. §§ 841(a)(1) and 846.  Pursuant to *Anders v.*

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*California*, 386 U.S. 738 (1967),  Hall's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Hall has waived his right to appeal his sentence.  Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal.  *See United States v. Watson,* 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**